IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

**KYLEE M. ENGLE,**

    **Plaintiff,**

v.                                                                  Case No.:
                                                                   Division:

**US HEALTH ADVISORS, LLC and**
**EMPIRE HEALTHCARE SOLUTIONS LLC,**

    **Defendants.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, KYLEE M. ENGLE (hereinafter "Plaintiff"), by and through undersigned counsel, brings this action against Defendant, US HEALTH ADVISORS, LLC and Defendant EMPIRE HEALTHCARE SOLUTIONS LLC (hereinafter "Defendants"), and in support of her claims states as follows:

### JURISDICTION AND VENUE

1.  This is an action for damages in excess of $30,000, exclusive of interest, fees, and costs, and for declaratory relief, for violations of the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), 38 U.S.C. § 4301 *et seq*.

2.  Venue is proper in Hillsborough County, because all of the events giving rise to these claims occurred in this County.

### PARTIES

3.  Plaintiff is a resident of Hillsborough County, Florida and she worked for Defendants in Hillsborough County.

4. Defendant US HEALTH ADVISORS, LLC is a Foreign Limited Liability Company in business as an insurance company with offices located in Tampa in Hillsborough County and in St. Petersburg in Pinellas County, Florida.

5. Defendant EMPIRE HEALTHCARE SOLUTIONS LLC is a Florida Limited Liability Company in business as an insurance broker with an office and place of business located in St. Petersburg, in Pinellas County, Florida.

## GENERAL ALLEGATIONS

6. Plaintiff has satisfied all conditions precedent, or they have been waived.

7. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

8. Plaintiff requests a jury trial for all issues so triable.

9. At all times material hereto, Plaintiff was an "employee" of Defendant US HEALTH ADVISORS, LLC and Defendant EMPIRE HEALTHCARE SOLUTIONS LLC within the meaning of the USERRA, 38 U.S.C. § 4303(3).

10. At all times material hereto, Plaintiff was engaged in "service in the uniformed services" within the meaning of the USERRA, 38 U.S.C. § 4303(13).

11. At all times material hereto, Defendant US HEALTH ADVISORS, LLC and Defendant EMPIRE HEALTHCARE SOLUTIONS LLC were each an "employer" within the meaning of the USERRA, 38 U.S.C. § 4303(4).

12. Defendant US HEALTH ADVISORS, LLC and Defendant EMPIRE HEALTHCARE SOLUTIONS LLC jointly employed Plaintiff.

## FACTS

13. Plaintiff began working for Defendants as a health insurance agent in or around October 2019, and she worked in this capacity until in or around late December 2020.

14. Plaintiff reported to Ms. Brittany Atchison, manager and/or principal of EMPIRE HEALTHCARE SOLUTIONS LLC. Plaintiff sold insurance for US HEALTH ADVISORS LLC but reported to Ms. Atchison.

15. Ms. Atchison set policies and procedures for Defendants' business office where Plaintiff worked.

16. Plaintiff is also an active duty member of the United States Air Force Reserves.

17. At all times material hereto, Defendants fell within the scope of 18 U.S.C. § 1001.

18. Plaintiff received official military orders to attend training for her position in the Air Force Reserves effective October 7, 2020 until on or around December 25, 2020.

19. Prior to October 7, 2020, Plaintiff informed Defendants by Ms. Brittany Atchison, that she was required to go out of state to attend required military training for the Air Force Reserves. During this time she would be unavailable to perform work for Defendants.

20. Plaintiff provided Defendants with documentation confirming her active duty training orders and the respective dates in 2020.

21. Plaintiff also informed Defendants that she was required to remain on active duty after she returned to Tampa in December 2020 to finish her training at MacDill Air Force Base ("MacDill AFB") located in Tampa, Florida. Plaintiff informed Defendants she would receive a separate set of orders stating she would be in training during the business day at MacDill AFB starting on or around Dec 30, 2020 for a definite period of time, and possibly until a date in or around June 2021. Plaintiff did not have all details of her orders for MacDill AFB at that time.

22. Plaintiff informed Defendants when she returned to MacDill AFB that she would try to work weekday evenings and on weekends for Defendants, but she didn't have all the specifics of her next set of orders.

23. Plaintiff left for military duty and returned to Tampa in December 2020. Plaintiff contacted Defendants by Ms. Atchison upon her return to Tampa in December, but she was unable to reach her by phone or text. Plaintiff also visited Defendants' Tampa office in December 2020 in order to speak with Ms. Atchison, but she wasn't there.

24. On or around a date at the end of December 2020, Plaintiff received a text message from Ms. Atchison questioning why they never heard from her. Plaintiff sent Ms. Atchison a screenshot showing the times she attempted to contact Ms. Atchison earlier in December. Ms. Atchison told Plaintiff that she did a great job but she needed their business to be Plaintiff's main focus. Ms. Atchison then told Plaintiff there were "no hard feelings."

25. Plaintiff sent an email to Defendants, and copied her Air Force Master Sergeant, stating that she had active military training orders and could not get out of them.

26. Plaintiff received a letter dated January 4, 2021 addressed from Defendant US HEALTH ADVISORS, LLC stating that Plaintiff's employment was terminated due to her military service.

27. On or around January 4, 2021, while Plaintiff was awaiting details regarding her next active military training duty at MacDill Air Force Base, Defendants US HEALTH ADVISORS, LLC and EMPIRE HEALTHCARE SOLUTIONS LLC unlawfully terminated Plaintiff's employment in violation of the USERRA.

## COUNT I – USERRA VIOLATION

28. Plaintiff realleges and readopts the allegations of paragraphs 1 through 27 of this Complaint, as though fully set forth herein.

29. Plaintiff was, at times material hereto, engaged in "service in the uniformed services."

4

30. Defendants terminated Plaintiff's employment while she was still awaiting details of her subsequent military orders which were to commence in or around late December 2020 and end in or around June 2021.

31. Defendants terminated Plaintiff without cause during her military service.

32. Defendants retaliated against Plaintiff engaging in protected activity under the USERRA by terminating Plaintiff's employment.

33. Defendants' actions were willful and done with malice.

34. Plaintiff was injured by Defendants' violations of the USERRA, for which she is entitled to legal and injunctive relief.

**WHEREFORE**, Plaintiff demands:

    a) A jury trial on all issues so triable;

    b) That process issue and that this Court take jurisdiction over the case;

    c) Judgment against Defendants in the amount of Plaintiff's lost wages, benefits, and other remuneration;

    d) Any other compensatory damages allowable at law; and

    e) All costs and attorney's fees incurred in prosecuting these claims.

### JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Dated this 9th day of May, 2022.

                                        Respectfully submitted,

                                        /s/ Christopher J. Saba

                                        **CHRISTOPHER J. SABA**
                                        Florida Bar Number: 0092016
                                        **WENZEL FENTON CABASSA, P.A.**
                                        1110 North Florida Avenue, Suite 300
                                        Tampa, Florida 33602
                                        Main Number: 813-224-0431
                                        Direct Dial: 813-321-4086
                                        Facsimile: 813-229-8712
                                        Email: csaba@wfclaw.com
                                        Email: tsoriano@wfclaw.com
                                        **Attorneys for Plaintiff**

6